O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTIAN KONG,                          )    CASE NO. ED CV 14-02096 DOC (RZ)
                                         )
                    Petitioner,          )
                                         )    ORDER ACCEPTING FINDINGS AND
          vs.                            )    RECOMMENDATIONS OF UNITED
                                         )    STATES MAGISTRATE JUDGE
MICHAEL F. MARTEL, WARDEN,               )
                                         )
                    Respondent.          )
                                         )

          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and
Recommendation of United States Magistrate Judge.  Further, the Court has engaged in
a de novo review of those portions of the Report to which Petitioner has objected.  The
Court accepts the findings and recommendations of the Magistrate Judge.


          DATED:   April 17, 2015


                                         _____
                                              DAVID O. CARTER
                                         UNITED STATES DISTRICT JUDGE