O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTIAN KONG, | ) | CASE NO. ED CV 14-02096 DOC (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL F. MARTEL, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of CHRISTIAN KONG, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 17, 2015

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE